PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Ricardo  Lee**                                    Case Number: **1:02CR00077**

Name of Sentencing Judicial Officer:        **The Honorable Herman J. Weber**
                                                                          **United States Senior District Judge**

Date of Original Sentence: **September 26, 2002**

Original Offense: **Possession of a Firearm by a Felon**

Original Sentence: **18 months BOP confinement,  3 years supervised release**

Type of Supervision: **Supervised Release**                 Date Supervision Commenced: **October 31, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On August 30, 2004, Lee was arrested by the Cincinnati Police on the charge of Domestic Violence.  On October 27, 2004, the charge was dismissed by request of the prosecutor.

The complaint alleged a physical altercation with Lee's stepfather.

**U.S. Probation Officer Action:**

Lee called this officer the day after the incident, and maintained he did nothing wrong.  He admitted to an argument with his stepfather, but insisted there was no physical contact between them.

This officer spoke with his mother, who witnessed the altercation, and she confirmed Lee's version of the story.  She stated they argued, and she stepped between them.  She verified no punches or contact occurred between Lee and his step-father.  The officer also spoke with his stepfather, who indicated the matter was a misunderstanding, and indicated he was not going to pursue the charge. On October, 27, 2004, the charge was dismissed by request of the prosecution.

PROB 12A
(12/98)

2

Therefore, this officer respectfully recommends no action be taken against Lee, and the matter be considered closed.

Respectfully submitted,                                  Approved,

by                                                      by

Robert C. Frommeyer Jr.                                 John C. Cole
U. S. Probation Officer                                 Supervising U. S. Probation Officer
Date:   **November 12, 2004**                           Date: *NOV. 16, 2004*

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

Signature of Judicial Officer

*11/18/04*
Date