PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Ricardo Lee**                                             Case Number: **1:02CR00077**

Name of Sentencing Judicial Officer:     **The Honorable Herman J. Weber**
                                         **United States Senior District Judge**

Date of Original Sentence: **September 26, 2002**

Original Offense: **Possession of a Firearm by a Felon**

Original Sentence: **18 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **October 31, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:**<br><br>On March 16, 2005, Lee was arrested by the Cincinnati Police on the charge of Domestic Violence.<br><br>The complaint alleges Lee hit his girlfriend, Theresa Dudley in the mouth with a closed fist, and knocked out a front tooth. |

**U.S. Probation Officer Action:**

Dudley contacted this officer after the incident, and stated Ricardo came to her residence to take her out, and had been drinking. They got into an argument, and he wanted to take their new born baby from her arms. She refused, and he punched her in the mouth, which broke a front tooth. She had to go to the dentist to have it repaired. Lee had failed to report to this officer as scheduled on March 8, 2005, nor was there any contact from Lee, which is atypical of him. Dudley is committed to the prosecution of this case, and appeared in court at arraignment to obtain a temporary protection order. Lee has not made bond, and is in the Hamilton County Justice Center. The case is set for trial on April 6, 2005.

Therefore, this officer respectfully recommends no action be taken against Lee at this time to allow for the case to be prosecuted. This officer will inform the Court of the outcome in this case.

PROB 12A
(12/98)

2

|  |  |  |  |
|---|---|---|---|
| by | Respectfully submitted, *[signature]* Robert C. Frommeyer Jr. U.S. Probation Officer Date: **March 28, 2005** | by | Approved, *[signature]* John C. Cole Supervising U. S. Probation Officer Date: 3-28-05 |

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

3/30/05
Date