# United States District Court

SOUTHERN    DISTRICT OF    OHIO

United States of America

V.

**RICARDO LEE**

**NOTICE**

CASE NUMBER: **1:02cr077**
**(J. Weber ; Hogan, MJ)**

TYPE OF CASE

☐ CIVIL     ☒ CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 701 |
| | DATE AND TIME<br>**November 2, 2005 at 1:30 pm** |

TYPE OF PROCEEDING

**Initial Appearance on Supervised Release violation before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | | |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | |

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

November 1, 2005

s/Arthur Hill
(By Deputy Clerk)

Date

To: Richard Smith-Monohan, AFPD

CC: U.S. Probation
    U.S. Pretrial Services
    U.S. Marshal's Office
    U.S. Attorney's Office

**NOTE: It is the responsibility of Counsel to notify their clients.**