UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.

RICARDO LEE,
   Defendant.

Case No. __1:02cr77__
(Hogan, MJ.)

2005 NOV -2 PM 4:36

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **none present**
Date/Time: **November 2, 2005 at 1:15 pm**

United States Attorney: _Ralph Kohnen_   Defendant Attorney: _Richard Smith-Monahan, AFPD_

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [X] petition for probation / supervised release; Rule 40 out of* _____.
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed. **AFPD**

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____  Defendant Witness _____
[ ] OR   [ ] Secured with _____  [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____
AUSA Exhibits: _____  Defendant Exhibits: _____

[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict   [ ] Info   [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____

Remarks:  _Case cont'd to J. Weber for further proceedings._