IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: CR-1-02-77 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| RICARDO LEE, | | |
| | : | |
| Defendant | | |
| | : | |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, November 16, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　S/Herman J. Weber
　　　　　　　　　　　　　　　　　　　Herman J. Weber, Senior Judge
　　　　　　　　　　　　　　　　　　　United States District Court

Case 1:02-cr-00077-HJW    Document 39    Filed 11/04/2005    Page 2 of 2