AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

<u>       SOUTHERN       </u> District of <u>              OHIO              </u>

UNITED STATES OF AMERICA

V.

RICARDO LEE

**WARRANT FOR ARREST**

Case Number:   1:02CR00077

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>    RICARDO LEE    </u>
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

( SEE ATTACHED )

in violation of Title <u>              </u> United States Code, Section(s) <u>              </u>

<u>JAMES BONINI</u>                                         <u>/s/ signature                      </u>
Name of Issuing Officer                                       Signature of Issuing Officer

<u>CLERK</u>                                                 SEPTEMBER 29, 2005   CINCINNATI, OHIO
Title of Issuing Officer                                       Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>9/29/05 | NAME AND TITLE OF ARRESTING OFFICER<br>George G Ehrls  Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST<br>11/03/05 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO__

UNITED STATES OF AMERICA

V.

RICARDO LEE

**WARRANT FOR ARREST**

Case Number: 1:02CR00077

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RICARDO LEE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

( SEE ATTACHED )

in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

CLERK
Title of Issuing Officer

SEPTEMBER 29, 2005    CINCINNATI, OHIO
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAMILTON COUNTY JUSTICE CENTER

| DATE RECEIVED 09-29-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-02-05 | BRAD ROMEY DUSM | *(signature)* 3058 |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:   _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____