UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA
      -vs-                               CASE NO. CR-1-02-77
**RICARDO LEE**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Ralph Kohnen
DEFENSE: Richard Smith Monahan

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer R. Frommeyer, Jr.

DATE: Wednesday, November 16, 2005
TIME: 10:00 a.m. - 11:30 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF NINE (9) MONTHS** and following incarceration, shall serve a term of Supervised Release of **ONE (1) YEAR**.

**The Defendant Is Further Ordered to Abide by the Special Conditions and Standard Conditions of Supervised Release for the Southern District of Ohio.**

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.