PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Ricardo Lee**                                   Case Number: **1:02CR00077**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **November 17, 2005**

Original Offense: **Possession of a Firearm by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence:   **18 months BOP confinement, 3 years supervised release. On November 16, 2006, Supervised Release revoked, 9 months BOP confinement, 1 year supervised release**

Type of Supervision: **Supervised Release**              Date Supervision Commenced: **July 28, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On October 6, 2006, Lee was arrested by the Cincinnati Police on charges of Driving Under the Influence, Driving Under Suspension, Seat Belt Violation, and Reckless Operation. The charges are still currently pending in Hamilton County Municipal Court. Lee is contesting he was driving under the influence and driving while under suspension.

The complaints allege Lee was driving at a high rate of speed, and clipped a parked motor vehicle, which caused the vehicle he was operating to flip over. Lee was not harmed other than bruises. Lee allegedly refused to be tested, which Lee denies.

**U.S. Probation Officer Action:**

Lee contacted this officer after the incident. He stated he was trying to commit suicide by crashing his vehicle into something. However, the accident occurred before he was able to crash into anything. Lee was taken to the hospital, and stated he had nothing to drink and had not used drugs. He stated he would allow the police to do a breathalyser, but would not allow them to stick him with needles for a blood test. Lee stated he talked with the hospital staff about what he was trying to do, and he was held in the psychiatric unit for three days for observation. Lee was released from the hospital on October 9, 2006.

Since that time, this officer has met with Lee on three occasions about he need to take his medications every

PROB 12A
(12/98)

2

day and attend the required mental health counseling sessions. Lee has not attended any sessions since his release. Lee has registered for school at Diamond Oaks Vocational school to learn the landscaping trade, and is scheduled to start within the next week.

Based on his denial of being intoxicated and under suspension, this officer is respectfully recommending no action be taken at this time to allow for the case to be prosecuted.

Respectfully submitted,                    Approved,

by  *[signature]*                     by *[signature]*
Robert C. Frommeyer Jr.              John Cole
U.S. Probation Officer               Supervising U. S. Probation Officer
Date:   October 23, 2006             Date: 10/23/06

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

10/25/06
Date