PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Ricardo Lee**                                    Case Number: **1:02CR00077**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **September 26, 2002**

Original Offense: **Possession of a Firearm by a Felon, in violation of 18 USC §§ 922 (g)(1) and 924(a)(2) A class C felony.**

Original Sentence: **18 months BOP confinement, 3 years supervised release. On November 16, 2005, Supervised Release revoked-9 months confinement, 1 year supervised release.**

Type of Supervision: **Supervised Release**              Date Supervision Commenced: **October 31, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On December 30, 2006, Lee was arrested by the Cincinnati Police on the charge of Domestic Violence. On January 11, 2007, the charge was dismissed by request of the prosecution because the prosecuting witness failed to appear in court.

The complaint alleged Lee threatened to beat his child's mother, Theresa Dudley in the head with a baseball bat.

**U.S. Probation Officer Action:**

Lee was charged with this offense, although no physical contact occurred. Lee has had numerous incidents with her of which some were legitimate and others were not. It is difficult to ascertain if any thing happened, and it is very difficult to get in contact with Dudley. Lee has been repeatedly required to stay away from Dudley, but is drawn to her due to their child and Lee wanting to have contact with his daughter. This officer is continuing to work with Lee is trying to show him how dysfunctional their relationship is and his need to avoid contact with her at all costs, including seeing his child. Lee has tested positive in recent months for cocaine usage, but has been clean of late. He also completed a landscaping certification course, and now has a skill for employment. He remains in substance abuse and mental health treatment, although his attendance is not consistent, especially with the mental health treatment.

Case 1:02-cr-00077-HJW     Document 46     Filed 02/07/2007     Page 2 of 4

PROB 12A
(12/98)

2

Based on the dismissal, this officer respectfully recommends no action be taken against Lee.

|   |   |
|---|---|
| Respectfully submitted, | Approved, |
| by *(signature)* | by *(signature)* |
| Robert C. Frommeyer Jr. | John C. Cole |
| Senior U. S. Probation Officer | Supervising U. S. Probation Officer |
| Date: **February 1, 2007** | Date: 2-1-07 |

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

2/1/07
_____
Date