UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,

v.

RICARDO LEE,
  Defendant.

Case No. 1:02cr77
(Hogan, MJ.)

FILED
JAMES BONINI
CLERK

07 MAR 19 PM 2:58

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: Arthur Hill
Court Reporter: Official Reporter, MARY ANN RANZ
Date/Time: March 19, 2007 at 1:30 PM

United States Attorney: Deborah D. Grimes  Defendant Attorney: Richard W Smith-Monahan

*Initial Appearance Hearing on [] Complaint;[] Indictment; [] Information; or [X] petition for probation / supervised release*
[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____  Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ]  waived; [ ] bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____

AUSA Exhibits: _____  Defendant Exhibits: _____

[ ]Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict    [ ] Info  [ ] Indict Read    [ ] Info Read
Defendant pleads:   [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: Motion for Medical Exam by Gov't - GRANTED (Doc. 52) Order to follow.