UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:02-CR-077 |
| Plaintiff, | : | Senior Judge Weber |
| | : | Magistrate Judge Hogan |
| v. | : | |
| | : | **ORDER COMMITTING DEFENDANT RICARDO LEE TO FEDERAL MEDICAL CENTER FOR MENTAL EXAMINATION AND REPORT** |
| RICARDO LEE, | : | |
| Defendant. | : | |

This matter comes before the Court on the United States' Motion for an Order that defendant Ricardo Lee be psychiatrically examined at a Federal Medical Center designated by the Bureau of Prisons, pursuant to 18 U.S.C. § 4241(a), in order to determine whether the defendant currently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Defendant Ricardo Lee is charged with violating the Conditions of Supervised Release, a violation of 18 U.S.C. § 3583, pursuant to a felony conviction for the commission of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

At the time of the defendant's initial appearance on March 7, 2007, he exhibited behavior which suggested that he may be suffering from a mental disease or defect. Defendant Lee refused to communicate with his counsel regarding the proceedings against him, and he was unable to answer questions asked by the Court.

For reasonable cause shown, this Court hereby grants the motion of the United States and **ORDERS** that defendant Ricardo Lee be committed to the Federal Medical Center designated by the Bureau of Prisons for a period not to exceed 30 days from the date of his arrival, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), in order to determine whether the defendant currently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court recommends that defendant Ricardo Lee be sent to one of the following facilities: FMC Springfield, Rochester, Butner, Devens.

A report shall be prepared pursuant to 18 U.S.C. § 4247(c) and shall be sent to

> The Honorable Herman J. Weber
> Senior United States District Judge
> Southern District of Ohio
> 801 Potter Stewart U.S. Courthouse
> 100 East Fifth Street
> Cincinnati, Ohio 45202

This Court will then provide copies to counsel for the defendant and counsel for the United States, pursuant to this provision.

It is ordered that the Clerk deliver a certified copy of this Commitment Order to the United States Marshal or other qualified officer.

**IT IS SO ORDERED.**

_____
HONORABLE TIMOTHY S. HOGAN
Senior United States Magistrate Judge