IN THE UNITES STATES DISTRICT COURT

SOUTHERN OHIO

07 MAY 15 AM 10: 52

UNITED STATES OF AMERICA                    .         CASE NO. 1:02-CR·077

                Plaintiff                    .         Judge  H. WEBER

                                                     .

           VS                           .         DEFENDANTS MOTION TO MODIFY

                                                     .         OR TO TERMINATE SUPERVISED

RICARDO LEE                              .         RELEASE TERM

                Defendant.                   .

Now comes the defendant Ricardo Lee pro'se by and through

counsel petitions this court for an order terminating his term of

Supervised release pursuant to 18 U.S.C 3583 (e)(1) and discharge him from

custody immediately. Since it serves no means of justice to order the defendant

to serve a prison term, or to admit him into federal prison for mental health reasons,

or to continue the defendant on supervised release based on (3) possitive urine

screens, and missed urine screen appointments. With no new criminal conduct

and the defendant was and is cooperating with treatment.

                                        Respectfully submitted

                                        Ricardo Lee 03578061

                                        P.O. Box 879

(1)                             Ayer, MA 01432

__PROOF   OF   SERVICE__

I _Ricard Lee_ do hereby state that a copy of the foregoing motion to terminate Supervised release term was delivered by U.S. Mail to the United States Attorney on _May 10_ 2007

Respectfully submitted

Ricardo Lee 03578-061
F.M.C Devens
P.O. Box 879
Ayer. MA 01432

(2)