# United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO

United States of America

V.

**RICARDO G LEE**

**NOTICE**

CASE NUMBER: **1:02cr077**
**(Hogan, MJ)**

TYPE OF CASE

☐ CIVIL        ☒ CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | ROOM NO.<br>Room 701<br>DATE AND TIME<br>July 17, 2007 at 1:30 pm |
|---|---|

TYPE OF PROCEEDING

**Report after Mental Examination before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 701 | |
|---|---|---|

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

July 11, 2007

s/Arthur Hill
(By Deputy Clerk)

Date

To: Richard Smith-Monahan, AFPD

CC: USM
    US Probation
    US Pretrial Services
    U.S. Attorney's Office (Deborah Grimes, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**