AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

Southern _____ DISTRICT OF Ohio (Western Division)

UNITED STATES OF AMERICA

v.

Ricardo Lee

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:02cr077

I, __Ricardo Lee__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

7/17/07
Date

_____
Counsel for Defendant