UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
|  | :   Case No.: CR-1-02-77 |
| UNITED STATES OF AMERICA, |  |
| Plaintiff, | : |
| v. | : |
| RICARDO LEE, |  |
| Defendant |  |
|  | : |

**ORDER**

**Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, July 25, 2007 at 10:00 a.m.**

**IT IS SO ORDERED.**

                                                                                                 _____s/Herman J. Weber_____
                                                                                                   Judge Herman J. Weber
                                                                                                   United States District Court