UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION HEARING**

UNITED STATES OF AMERICA
    -vs-                                       CASE NO. CR-1-02-77
**RICARDO LEE**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Deborah Grimes
DEFENSE: Richard Smith-Monahan

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Mary Anne Ranz  (Official)

Courtroom Deputy Darlene Maury

Probation Officer:           Robert Fromeyer

DATE: Wednesday, July 25, 2007
TIME: 10:00 a.m. - 10:40 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Court places partial seal (first part) on the transcript. Defendant present with counsel. Defendant admits violation. The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF SIX MONTHS WITH CREDIT FOR TIME SERVED** with no supervised release to follow. Defendant to pay balance of previously ordered monetary penalty.

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.