◈AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

07 MAR -6 AM 11: 28

UNITED STATES OF AMERICA

V.

RICARDO LEE

**WARRANT FOR ARREST**

Case Number: 1:02CR0077 HJW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    RICARDO LEE _____
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

( SEE ATTACHED )

07 OCT 25 PM 3: 18

in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI
Name of Issuing Officer

CLERK
Title of Issuing Officer

Signature of Issuing Officer

MARCH 6, 2007 CINCINNATI OHIO
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| U.S. Probation Office, U.S. Courthouse, Cincinnati, OH |||
| DATE RECEIVED 3/06/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/06/07 | Micah R. Stevenson DUSM | Micah R. Stevenson DUSM |